**U.S. BANKRUPTCY COURT**
**DISTRICT OF OREGON**
**F I L E D**

**April 1, 2020**

**Clerk, U.S. Bankruptcy Court**

**Below is an order of the Court.**

David W. Hercher
**U.S. Bankruptcy Judge**

OD31 (10/1/14)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

| | | |
|---|---|---|
| In re **PPV, Inc.** Debtor(s) | ) | Case No. 19−34517−dwh11 |
| **PPV, Inc.** Plaintiff(s) | ) | Adv. Proc. No. 19−03138−dwh |
| v. | ) | |
| **Libertas Funding, LLC et al.** Defendant(s) | ) | Order Re: Dismissal or Other Final Disposition Effective Within 14 Days |

An interested party reported that the above−entitled proceeding is settled, and therefore,

**IT IS ORDERED** that this proceeding will be dismissed, without further Court order, unless a stipulated judgment or proposed judgment, whichever applies, is filed with the Clerk of Court within **14** days of this order's "Filed" date. Any subsequent motion required to reopen the proceeding shall be accompanied by an affidavit setting forth substantial reasons why this proceeding should be reopened.

###