DISTRICT OF OREGON
**F I L E D**
**April 03, 2020**
**Clerk, U.S. Bankruptcy Court**

Below is a judgment of the court. If the judgment is for money, the applicable judgment interest rate is: NA

DAVID W. HERCHER
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>PPV, Inc.<br>and<br>Bravo Environmental NW, Inc.,<br><br>Debtors-in-Possession. | Bankruptcy Case Nos.:<br><br>19-34517-dwh11 (Lead Case)<br><br>19-34518-dwh11<br><br>Jointly Administered Under<br>Case No. 19-34517-dwh11 |
| PPV, Inc.,<br><br>Plaintiff<br><br>vs<br><br>Libertas Funding LLC, a Connecticut limited liability company; EBF Partners, LLC dba Everest Business Funding, a Delaware limited liability company; and Retail Capital LLC dba Credibly, a New York limited liability company,<br><br>Defendants. | Adv. Pro. No. 19-03138-dwh<br><br>STIPULATED JUDGMENT ON PRELIMINARY INJUNCTION |

Based upon the undersigned stipulations contained herein, it is hereby



VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

ORDERED, ADJUDGED, and DECREED as follows:

1. Subject to the terms and conditions of this Judgment, Libertas Funding LLC, EBF Partners LLC dba Everest Business Funding, and Retail Capital LLC dba Credibly (hereinafter referred to as the “Defendants”) are enjoined from commencing a civil action against the James Thuney and/or Joseph Thuney (hereinafter referred to as the “Thuneys”) based upon the agreements between PPV, Inc, and the Defendants in which the Thuneys are guarantors (the “Thuney Guarantees”) and are also enjoined from obtaining a judgment on account of any such guarantee by the Thuneys. The injunction under this Paragraph 1 will terminate on the earliest to occur of (a) the entry of an order of this court appointing a chapter 11 trustee or an examiner with expanded powers, confirming a plan in the chapter 11 case concerning PPV, or converting the chapter 11 case concerning PPV to a case under Chapter 7, (b) the entry of an order of this court terminating this injunction on motion of the Defendants based upon a determination that the Thuneys, or either of them, have violated the terms of the injunction under Paragraph 2 below, and (c) May 15, 2020, or such later date as the Defendants may agree to in writing.

2. For so long as the injunction against Defendants under Paragraph 1 above is in effect, the Thuneys, and each of them, are prohibited and enjoined from transferring (whether by sale, lease, grant of security interest or lien, or otherwise) any of their assets or any interest in their assets except, in each case, in the ordinary course of such person’s financial affairs for personal, family, or household purposes and except as otherwise permitted by the Defendants in writing or by further order or judgment of this court.

3. The running of any statute of limitation, laches, or any other defense based on the passage of time for commencing a civil action against the Thuneys, or either of them,



VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

with respect to the Thuney Guarantees, or any of them shall be tolled for the period of time beginning on the date of entry of this Judgment and ending on the date (the "Termination Date") that is the first business day following the 180th day after the Thuneys, or either of them, notifies the Defendants in writing of their election to terminate the provisions of this Paragraph 3. Unless otherwise agreed in writing by the Thuneys, all statutes of limitation, laches, and other defenses based on the passage of time for commencing a civil action against the Thuneys, or either of them , with respect to the Thuney Guarantees will resume running on the day after the Termination Date.

4. The relief described in Paragraph 1 may be extended by further agreement between Plaintiff and Defendants (or any Defendant). Such extension shall be presented upon motion for amended judgment but shall not be subject to the 14-day limitation in FRBP 9023.

###

**IT IS SO STIPULATED:**

VANDEN BOS & CHAPMAN, LLP

By:/s/Douglas R. Ricks
Douglas R. Ricks, OSB 044026
Of Attorneys for Plaintiff PPV, Inc.

MILLER NASH GRAHAM & DUNN LLP

By:/s/David A. Foraker
David A. Foraker, OSB 812280
Of Attorneys for Defendant
EBF Partners, LLC

PRYOR & MANDELUP, L.L.P.

By:/s/Anthony F. Giuliano
Anthony F. Giuliano, NYB 2670164
Of Attorneys for Defendant
Retail Capital LLC, dba Credibly

WEIR & PARTNERS, LLP

By:/s/Jeffrey S. Cianciulli
Jeffrey S. Cianciulli, PA Bar 83504
Of Attorneys for Defendant
Libetas Funding, LLC



VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

**PRESENTED BY:**

VANDEN BOS & CHAPMAN, LLP

By:/s/Douglas R. Ricks
Douglas R. Ricks, OSB 044026
Of Attorneys for Plaintiff PPV, Inc.

**LBR 9021-1 CERTIFICATION**
I certify that I have complied with the requirement of LBR 9021-1(a); This is a stipulated judgment.

By:/s/Douglas R. Ricks
Douglas R. Ricks, OSB 044026
Of Attorneys for Plaintiff PPV, Inc.

**First Class Mail:**

PPV, Inc.
Attn: Joseph J. Thuney
4927 NW Front Ave.
Portland, OR 97201

Libertas Funding, LLC
c/o Jeffrey S. Cianciulli
WEIR & PARTNERS, LLP
The Widener Building
1339 Chestnut St., Fifth Floor
Philadelphia, PA 19107-3519

Libertas Funding, LLC
c/o Libertas Ventures, LLC
Registered Agent
382 Greenwich Ave. Ste 2 - Second Flr
Greenwich, CT 06830

Retail Capital LLC dba Credibly
c/o Anthony F. Giuliano
Pryor & Mandelup, L.L.P.
675 Old Country Road
Westbury, NY 11590

Retail Capital LLC dba Credibly
c/o Joshua Creem
Registered Agent
25200 Telegraph Rd., Suite 350
Southfield, MI 48033

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.



VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869